```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rachel David,

                         Plaintiff,

-against-

New York Foundling Charitable Corporation,

                         Defendant.

**19-cv-01087 (KHP)**

**ORDER OF DISMISSAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The Court approved the parties' settlement for the reasons stated on the record on January 10, 2020.

    As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs, provided, however, that, within 30 days of the date of this Order, if any aspect of written documentation of the settlement is not completed, then Plaintiff may apply by letter for the restoration of the action to the active calendar of the Court.

    The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
January 16, 2020

SO ORDERED

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

Copies to:

All counsel (via ECF)